UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-00543 (CRC) |
| : | |
| **ABIGAIL YAZDANI-ISFEHANI,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION TO CONTINUE AND EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT**

The United States of America and defendant, Abigail Yazdani-Isfehani, hereby move this Court for an additional 30-day continuance of the July 28, 2022, change of plea hearing scheduled in the above-captioned matter, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support of its motion, the government states as follows:

- The government has provided counsel for defendant with a plea offer. Additional time is needed for counsel for the defendant to review the plea offer.

WHEREFORE, the government respectfully requests that this Court grant a 30-day continuance of the July 28, 2022, status hearing scheduled in the above-captioned matter, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh

the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), for the reasons detailed above.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          United States Attorney
                          DC Bar No. 481052

By:    *s/Brittany L. Reed*
           Brittany L. Reed
           Assistant United States Attorney, Detailee
           United States Attorney's Office
           650 Poydras Street, Ste. 1600
           New Orleans, LA 70130
           Brittany.Reed2@usdoj.gov
           (504) 680-3031